1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   Rachel L. Mcclintock, SB# 262006
8   E-Mail: Rachel.McClintock@lewisbrisbois.com
9  Kelsey Scherr, SB# 303314
    E-Mail: Kelsey.Scherr@lewisbrisbois.com
10 LEWIS BRISBOIS BISGAARD & SMITH LLP
   633 West 5th Street, Suite 4000
11 Los Angeles, California 90071
12 Telephone: 213.250.1800
   Facsimile: 213.250.7900
13 Attorneys for Defendants
   Jack Arian and Associates and Michele Drinkwater
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 2:20-cv-07098-DSF-AGR |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| MICHELE DRINKWATER, Successor Trustee of the Sylvia Arian Separate Property Trust d/o/e 9-3-2013; JACK ARIAN AND ASSOCIATES, a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: February 18, 2021 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:   /s/ Amanda Seabock |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: February 18, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 | | |
| 8 | | |
| 9 | | By:   /s/ Kelsey Scherr<br>Rachel L. Mcclintock |
| 10 | | Kelsey Scherr<br>Attorneys for Defendants |
| 11 | | Jack Arian and Associates and<br>Michele Drinkwater |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kelsey Scherr, counsel for Jack Arian and Associates and Michele Drinkwater, and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 18, 2021    CENTER FOR DISABILITY ACCESS

                                           By:    /s/ Amanda Seabock
                                                         Amanda Seabock
                                                         Attorneys for Plaintiff