CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No. 2:20-cv-07098-DSF-AGR |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| MICHELE DRINKWATER, Successor Trustee of the Sylvia Arian Separate Property Trust d/o/e 9-3-2013; JACK ARIAN AND ASSOCIATES, a California Corporation; and Does 1-10, | |
| Defendants. | |

Please take notice that Amanda Seabock of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff ORLANDO GARCIA. All pleadings and other documents served ORLANDO GARCIA should also be directed to the attention of Amanda Seabock.

Dated: February 18, 2021            CENTER FOR DISABILITY ACCESS

                                    By: /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorney for Plaintiff